IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
DEC - 6 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:17cr 295 CMH |
| | COUNT ONE: Making False Statements (18 U.S.C. § 1001) |
| v. | COUNT TWO: Obstruction of a Federal Investigation (18 U.S.C. § 1519) |
| ABDIRIZAK HAJI RAGHE WEHELIE, a/k/a Haji Raghe, | **UNDER SEAL** |
| Defendant | |

INDICTMENT

COUNT ONE
Making False Statements
*(18 U.S.C. § 1001)*

THE GRAND JURY CHARGES THAT:

On or about December 7, 2012, in the Eastern District of Virginia and elsewhere, the defendant, ABDIRIZAK HAJI RAGHE WEHELIE, a/k/a Haji Raghe, in a matter within the jurisdiction of the executive and judicial branches of the Government of the United States, knowingly and willfully (1) falsified, concealed, and covered up by a trick, scheme, and device a material fact; (2) made a materially false, fictitious, and fraudulent statement and representation; and (3) made and used a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry.

(In violation of 18 U.S.C. § 1001)

COUNT TWO
### Obstruction of a Federal Investigation
*18 U.S.C. § 1519*

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 7, 2012, in the Eastern District of Virginia and elsewhere, the defendant, ABDIRIZAK HAJI RAGHE WEHELIE, a/k/a Haji Raghe, knowingly altered, destroyed, mutilated, concealed, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States.

(In violation of 18 U.S.C. § 1519)

A TRUE BILL.

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
Foreman

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____ for JPG
James P. Gillis
Assistant United States Attorney

C. Alexandria Bogle
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice