# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:** ☒ Under Seal

- **City:**
- **County:**
- **Superseding Indictment:**
- **Same Defendant:**
- **Magistrate Judge Case No.:**
- **Search Warrant Case No.:**
- **Judge Assigned:** CMH
- **Criminal No.:** 1:17cr295
- **New Defendant:**
- **Arraignment Date:**
- **R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Abdirizak Hagi Raghe Wehelie
- **Alias(es):**
- ☐ Juvenile  **FBI No.:**
- **Address:** St. Burke, VA 22015
- **Employment:**
- **Birth Date:** XX/XX/1952
- **SSN:** XX-XX-2157
- **Sex:** Male
- **Race:** Black
- **Nationality:** US Citizen
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:** English, Somali  **Auto Description:**

## Location/Status:

- **Arrest Date:**  ☐ Already in Federal Custody as of:  **in:**
- ☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
- ☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
- ☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

- **Name:**  ☐ Court Appointed  **Counsel Conflicts:**
- **Address:**  ☐ Retained
- **Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Danya E. Atiyeh & James P. Gillis
- **Phone:** 703-299-3824
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

FBI Belinda Lee

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1001 | Making False Statements | 1 | Felony |
| Set 2: | 18 U.S.C. § 1519 | Obstruction of a Federal Investigation | 2 | Felony |

**Date:** 12/6/2017  **AUSA Signature:**