IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Virginia

FILED
IN OPEN COURT

DEC - 6 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| IN RE: ) | No. 1:17cr 295 CMH |
| ) | |
| GRAND JURY PROCEEDINGS ) | **UNDER SEAL** |
| ) | |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia and James P. Gillis, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the indictment and arrest warrant(s) in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant, which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers, or otherwise jeopardize the investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted for any legitimate prosecutorial need. *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the indictment and arrest warrant remain under seal until the arrest of the defendant, at which time the indictment may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the indictment be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the

sealed arrest warrant be made available to agents of the Federal Bureau of Investigation for execution.

Dana J. Boente
United States Attorney

*for JPG*

JAMES P. GILLIS
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria Virginia, 22314
(703) 299-3897