AO 442 (Rev. 01/09) Arrest Warrant

10116543

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY - 6 2019

United States of America
v.
Abdirizak Hagi Raghe Wehelie

Case No. 1:17CR295 CMH

Defendant

~~Superseding Indictment~~
ARREST WARRANT

**UNDER SEAL**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Abdirizak Hagi Raghe Wehelie
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001 False Statements, 18 U.S.C. § 1519 Obstruction of Federal Investigation, 18 U.S.C. § 1001 Making False Statements, and 18 U.S.C. § 1001 Making False Statements

Date: 12/06/2018

*Issuing officer's signature*

City and state: Alexandria, Virginia

Paulina A. Miller, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/6/2019, and the person was arrested on *(date)* 5/4/2019 at *(city and state)* Dulles Airport, Virginia. |
| Date: 5/6/2019 |
| *Arresting officer's signature* |
| Katherine Campo, Special Agent |
| *Printed name and title* |