TYPE OF HEARING: **RS**
CASE NUMBER: **1:17CR295**
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 05/06/2019
TIME: 2:00 p.m.
TAPE: FTR RECORDER
DEPUTY CLERK: Laura Guerra

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Abdirizak Haji Raghe Wehelie**

GOVT. ATTY: **Jim Gillis**

DEFT'S ATTY: **Nina Ginsberg**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (**X**)
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

_____
_____
_____
_____
_____

BOND:
**Govt is not seeking detention. Deft placed on 20,000.- unsecured bond w/ conditions.**

( ) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE ( ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE **5/24/19** TIME **9:00 am**
**Arr.** **CMH**