Date: 11/8/19
Time: 9:18 to 9:28

Judge: _____
Reporter: _____
Interpreter: _____
Language: _____

UNITED STATES OF AMERICA
    vs.

Abdirizak Haji
**Defendant's Name**

Raphael Weheli

17 cr 295
**Case Number**

Nina Ginsberg
**Counsel for Defendant**

James Gillis
**Counsel for Government**

Matter called for:
( ) Motions     ( ) Setting Trial Date     (X) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     ( ) Pre-Indictment Plea     ( ) Other:_____

Defendant appeared: (X) in person     ( ) failed to appear
                     (X) with counsel     ( ) without counsel     ( ) through counsel

Filed in open court:
( ) Criminal Information    (X) Plea Agreement    (X) Statement of Facts    ( ) Waiver of Indictment
( ) Discovery Order

Arraignment & Plea:
( ) WFA     ( ) FA     (X) PG     ( ) PNG     Trial by Jury: ( ) Demanded    ( ) Waived

_____ Days to file Motions with Argument on _____ @ _____
Defendant entered Plea of Guilty as to Count(s) 6 of the Indictment
Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by deft
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: (X) Yes   ( ) No
Case continued to 1/31/20 at 9:00am for: ( ) Jury Trial
( ) Bench Trial    ( ) Pre-Guidelines Sentencing    (X) Guidelines Sentencing
( ) Guidelines Policy Statement given    ( ) Parties waive PSIR & Request Immediate Sentencing
US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied
Sentence of _____ months heretofore imposed is reduced to a term of _____
Defendant ( ) Admits ( ) Denies violation of conditions of probation/supervised release
Defendant is committed to the custody of the US Atty General to serve a term of _____ Months

Plea accepted

Exhibits must be filed with the Clerk _____ days prior to trial.
( ) Release Order Entered    ( ) Deft Remanded    ( ) Deft Released on Bond   (X) Deft Continued on Bond
Bond set at $_____    ( ) Unsecured    ( ) Surety    ( ) Personal Recognizance

Defendant is: ( ) In Custody    ( ) Summons Issued    (X) On Bond    ( ) Warrant Issued    ( ) 1st Appr