IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDIRIZAK HAJI RAGHE WEHELIE,<br>    a/k/a "Haji Raghe,"<br><br>Defendant. | No. 1:17-CR-295-CMH |

## ORDER

The defendant having entered this date a plea of guilty to Count Six of the Superseding Indictment, and in accordance with the plea agreement between the United States and the defendant, it is hereby

ORDERED that Counts One through Five and Counts Seven and Eight of the Superseding Indictment are hereby DISMISSED.

Dated: Nov. 8 2019
Alexandria, Virginia

HON. CLAUDE M. HILTON
United States District Judge