| | | |
|---|---|---|
| Judge: Hilton | **SENTENCING** | Date: 01/31/2020 |
| Reporter: J. Egal | | Time: 9:07 am to 9:15 am |

**Cr. #**   1:17-cr-00295-001  AUSA:   James Gillis
**U.S. v.**  Abdirizak Haji Raghe Wehel  Defense: Nina J. Ginsberg

Considering the factors under § 3553 the Court finds that the following sentence is appropriate.

**Sentence Imposed:**

1          Year Probation

**Conditions of Supervised Release/Probation:**

✓   No new credit
✓   Allow PO access to financial info.

**Monetary penalties:**

$100.00   Assessment $ 1,000.00 Fine